UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:12cv0452 (WOB)**

**GARY BALL, ET AL.** PLAINTIFFS

VS. <u>ORDER</u>

**ABC PRECISION MASONRY & CONCRETE,
INC., ET AL.** DEFENDANTS

This matter is before the Court on plaintiffs' motion to strike (Doc. 16) and defendant ABC Precision Masonry & Concrete, Inc.'s response thereto and motion for additional time to authenticate documents (Doc. 19), and the Court being sufficiently advised,

**IT IS ORDERED** that:

(1) Defendant ABC Precision Masonry & Concrete, Inc.'s motion for additional time to authenticate documents (Doc. 19) be, and is hereby, **GRANTED**.  Defendant shall have until **Monday, September 23, 2013**, to provide authentication for the documents in question;

(2) Plaintiffs' motion to strike (Doc. 16) be, and is hereby, **DENIED WITHOUT PREJUDICE** with leave to renew should defendants fail to authenticate these documents; and

(3) This case be, and is hereby, **REFERRED** to the **Honorable Stephanie K. Bowman, United States Magistrate Judge,** to supervise discovery and pretrial proceedings.

Unless otherwise ordered by the court, the case will revert back to the undersigned or other appropriate United States District Judge to schedule the final pretrial conference and trial.

That, in connection with such reference, the said Magistrate Judge is authorized to conduct all pretrial and status conferences, to establish and extend discovery deadlines, and all other deadlines, to hold such hearings as may be required, and to rule on non-dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A), except motions in limine. *See Brown v. Wesley's Quaker Maid, Inc.*, 771 F.2d 952 (6th Cir. 1985). Dispositive motions and motions *in limine* will be referred by the Clerk of this court to the appropriate United States District Judge. Subject to other provisions of law, the final pretrial conference and trial will also be before a United States District Judge, unless the parties agree to a trial by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

This 10th day of September, 2013.



Signed By:
William O. Bertelsman WOB
United States District Judge